IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVAREZ,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT HOREL, et al.,<br><br>    Defendants.<br>_____ / | No. C 06-5631 SBA (PR)<br><br>**ORDER DIRECTING UNITED STATES MARSHAL TO PERSONALLY SERVE DEFENDANT T. DENNIS PURSUANT TO FRCP 4(e)(2)** |

This Order concerns the matter of service upon Defendant T. Dennis, identified by Plaintiff as a correctional officer at the law library of Pelican Bay State Prison (PBSP).

Good cause appearing therefor, the United States Marshal is hereby ORDERED to attempt to effect personal service upon Defendant Dennis. The United States Marshal shall serve Defendant Dennis "personally" or serve an agent of Defendant Dennis "authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2).

The Clerk shall provide the United States Marshal with the necessary summons and copies of: (1) the complaint (docket no. 1) as well as copies of all attachments thereto; and (2) a copy of this Order. The United States Marshal shall attempt personal service at that address within **fourteen (14) days**. The Clerk shall include on the summons form, USM 285, the following special instructions:

> Pursuant to Rule 4(e)(2), the United States Marshal shall serve Officer T. Dennis "personally" or serve an agent of Officer T. Dennis "authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2). The address for such service shall be at PBSP.

IT IS SO ORDERED.

DATED: 5/11/09

                                                *Saundra B Armstrong*
                                               SAUNDRA BROWN ARMSTRONG
                                               United States District Judge

P:\PRO-SE\SBA\CR.06\Alverez5631.serveDennis.wpd

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

6  SERGIO ALVAREZ,                                    Case Number: CV06-05631 SBA
7             Plaintiff,                              **CERTIFICATE OF SERVICE**
8     v.
9  ROBERT HOREL et al,
10            Defendant.
                                                  /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Sergio Alvarez K42605
P.O. Box 7500
Crescent City, CA 95532-7500

Dated: May 14, 2009
                                                  Richard W. Wieking, Clerk
                                                  By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.06\Alverez5631.serveDennis.wpd