UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGIO ALVAREZ,                                    No. C 06-5631 SBA (pr)

                                                   **JUDGMENT**

          Plaintiff,

     v.

ROBERT HOREL, et al.,

          Defendants.

_____/

     Pursuant to the Court's Order of today's date entitled, Order Denying Plaintiff's Motion for Leave to File an Amended Complaint, Granting His Motion for Leave to File a Motion for Reconsideration, and Granting Defendant Dennis's Motion for Judgment on the Pleadings, judgment is hereby entered in favor of Defendants Dennis and Kirkland.  Each party shall bear his own costs.

     IT IS SO ORDERED.

DATED: September 30, 2009

                                   _____
                                   SAUNDRA BROWN ARMSTRONG
                                   United States District Judge

P:\PRO-SE\SBA\CR.06\Alvarez5631.jud.wpd

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SERGIO ALVAREZ,

          Plaintiff,

  v.

ROBERT HOREL et al,

          Defendant.

_____/

Case Number: CV06-05631 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sergio Alvarez K42605
P.O. Box 7500
Crescent City, CA 95532-7500

Dated: October 15, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

United States District Court
For the Northern District of California